COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-04-216-CV

IN RE RAYMOND MCTAGGART RELATORS

AND GARY BATES 

------------

ORIGINAL PROCEEDING

------------

MEMORANDUM OPINION
(footnote: 1)
------------

We have considered “Relators' Motion To Dismiss Case As Moot.”  It is the court’s opinion that the motion should be granted; therefore, we dismiss this original proceeding as moot.

Relators shall pay all costs of this original proceeding, for which let execution issue.

PER CURIAM

PANEL A: CAYCE, C.J.; LIVINGSTON, and WALKER, JJ.

DELIVERED: July 23, 2004

FOOTNOTES
1:
See 
Tex. R. App. P. 47.4
.